Damian R. Sheets, ESQ.
Nevada Bar No. 10755
**MAYFIELD, GRUBER & SHEETS**
726 S. Casino Center Blvd. #211
Las Vegas, NV 89101
Tel: (702) 598-1299
Fax: (702) 598-1266
E-mail: dsheets@defendingnevada.com
Attorney for Defendant
IRENE ALVAREZ-VALLADARES

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>IRENE ALVAREZ-VALLADARES, et al,<br><br>    Defendant. | CASE NO: 2:17-cr-00297-APG-NJK<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between DAMIAN R. SHEETS, Esq., counsel for Defendant, IRENE ALVAREZ-VALLADARES, and ROBERT KNIEF, Assistant United States Attorney, counsel for the Plaintiff, that Defendant is authorized to travel to Tampa Bay, Florida and Orlando, Florida from Aug. 9, 2018 through Aug. 15, 2018 to take Defendant's daughter Madai Alvarez-Santos and visit Miss. Alvarez-Santos' grandparents in Tampa Bay, Florida and visit The Walt Disney World Resort in Orlando, Florida.

IT IS FURTHER STIPULATED AND AGREED that Defendant shall provide U.S. Pretrial Services with her itinerary prior to traveling.

DATED this 2nd day of August, 2018.

s/Robert Knief                                                     s/Damian R. Sheets
ROBERT KNIEF, ESQ.                               DAMIAN R. SHEETS, ESQ.
Assistant United States Attorney                  Nevada Bar No. 10755
                                                                                Attorney for Defendant

# ORDER

Upon stipulation of counsel and good cause appearing therefor.

**IT IS HEREBY ORDERED** that Defendant is authorized to travel to Tampa Bay, Florida and Orlando, Florida from Aug. 9, 2018 through Aug. 15, 2018 to visit her daughter's grandparents and The Walt Disney World Resort.

**IT IS FURTHER** ORDERED that Defendant shall provide United States Pretrial Services with her itinerary no later than August 7, 2018.

DATED AND DONE this 6th day of August, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

/s/ Damian R. Sheets_____
Damian R. Sheets, Esq.
Nevada Bar No. 10755
Attorney for Defendant